

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-25-2007

# Taylor v. Horn

Precedential or Non-Precedential: Precedential

Docket No. 04-9016

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Taylor v. Horn" (2007). *2007 Decisions*. Paper 324.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/324

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 04-9016

_____

PAUL GAMBOA TAYLOR,

Appellant

v.

MARTIN HORN, Commissioner,
Pennsylvania Department of Corrections;
GREGORY R. WHITE, Superintendent
of SCI Pittsburgh; JOSEPH MAZURKIEWICZ,
Superintendent of SCI Rockview

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil No. 04-cv-00553)
District Judge: Hon. James F. McClure, Jr.

_____

Argued October 18, 2006

BEFORE: BARRY, FUENTES, and ROTH, Circuit Judges

(Filed September 20, 2007)

Matthew C. Lawry, Esq. (Argued)
Michael Wiseman
Defender Association of Philadelphia
Federal Capital Habeas Corpus Unit
The Curtis Center, Suite 545 West

Independence Square West
Philadelphia, PA 19106

Counsel for Paul Gamboa Taylor

Stuart Suss, Esq. (Argued)
Office of the Pennsylvania Attorney General
Appeals and Legal Services Section
2490 Boulevard of the Generals
Norristown, PA 19403

Counsel for Martin Horn, Commissioner,
Pennsylvania Department of Corrections;
Gregory White, Superintendent, State
Correctional Institution at Pittsburgh; and
Joseph P. Mazurkiewicz, Superintendent,
State Correctional Institution at Rockview

---

ORDER AMENDING OPINION

---

IT IS NOW ORDERED that the published Opinion in the above case filed September 20, 2007, be amended as follows:

On page 21, second line under A. Federal Competency Standards, remove "to" after "right" and before "not". The phrase should read ... "due process right not to be tried, ..."

By the Court,

/s/ Julio M. Fuentes
Circuit Judge

DATED: September 25, 2007